Al Holtz, appellee, v. Morris Isaacson et al., defendants. Morris Isaacson, appellant. Gen. No. 35,610.

Opinion filed November 24, 1931.
Aaron Soble, for appellant. No appearance for appellee.
Mr. Justice Kerner delivered the opinion of the court.